CO-386-online
10/03

# United States District Court
# For the District of Columbia

People for the Ethical Treatment of Animals )
)
)
)
                          Plaintiff  )     Civil Action No._____
vs                      )
National Institutes of Health  )
Department of Health and Human Services )
)
                        Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  plaintiff _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  People for the Ethical Treatment of Animals  which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

                                                             Attorney of Record
                                                             _____
                                                             Signature

244301
BAR IDENTIFICATION NO.                        Katherine Anne Meyer
                                                     Print Name

                                                       1601 Connecticut Ave., N.W.
                                                      Address

                                                       Washington, DC  20009
                                                      City            State           Zip Code

                                                      202-588-5206
                                                      Phone Number